UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELITO C. MERCADO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:17-cv-00321-TWP-MJD |
| ) | |
| BARTHOLOMEW COUNTY SHERIFF'S ) | |
| DEPARTMENT, ) | |
| MATT MYERS Sheriff, ) | |
| ) | |
| Defendants. ) | |

**Entry Denying Motion for Counsel and Directing Further Proceedings**

**I.**

The plaintiff's motion for counsel [dkt. 5] is **denied**. The plaintiff, as discussed further below, has not paid the filing fee for this action or responded to the Court's Screening Entry. Nor has the defendant been served or otherwise responded to the Complaint. The Seventh Circuit has found that "until the defendants respond to the complaint, the plaintiff's need for assistance of counsel . . . cannot be gauged." *Kadamovas v. Stevens*, 706 F.3d 843, 846 (7th Cir. 2013).

**II.**

In the Court's Screening Entry dated February 9, 2017, the Court dismissed the plaintiff's claims for the reasons set forth in that Entry. The plaintiff was ordered to show cause why this action should not be dismissed by March 8, 2017. He was also ordered to either pay the $400.00 filing fee for this action or demonstrate that he lacks the financial ability to do so by March 8, 2017. These deadlines have passed and the plaintiff has done neither, likely because of his reported incarceration at Bartholomew County Jail.

Given the foregoing, the Court will give the plaintiff an extension of time, **through April 4, 2017**, in which to comply with the Court's order in both respects. The failure to do so by this deadline could result in the dismissal of this action without further warning.

The clerk is **directed** to send the plaintiff a copy of the Court's Screening Entry [dkt. 4] along with his copy of this Entry.

**IT IS SO ORDERED.**

Date: 3/14/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ANGELITO C. MERCADO
Bartholomew County Jail
543 2nd Street
Columbus, IN 47201