UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELITO C. MERCADO, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:17-cv-00321-TWP-MJD ) |
| SGT. STILLABOWER, *et al.*, | ) ) |
| Defendants. | ) |

**Entry Discussing Pending Motions**

**I.**

The plaintiff's motion to compel, dkt. [37], is **denied without prejudice**. As far as the Court can tell from the parties' filings, the plaintiff requested certain audio and video recordings from the jail, but the defendants have informed him that the audio and video were destroyed. In his reply, the plaintiff attaches the defendants' disclosures, which state that "[v]ideos of area may be available but are not currently in the possession of defense counsel." Dkt. 43-1 at 2. Contrary to the plaintiff's position, this is not an admission that video existed, just that it *may* exist but the defendants' counsel is unsure because the video is not in his possession. Therefore, there is no basis to believe that the defendants have destroyed evidence, and the Court cannot compel the defendants to produce evidence that does not exist.

**II.**

The plaintiff's motion for leave to amend his complaint, dkt. [38], is **denied**. In the Court's Entry granting the plaintiff leave to file amend his complaint for the third time in this action, the Court stated that any further amendments must be sought by no later than July 28, 2017. *See* dkt. 29. The plaintiff filed the instant motion for leave to amend on September 21, 2017. He seeks to

add additional defendants to this action. This motion was filed long after the Court's deadline to seek amendment.

Typically, motions for leave to file an amended complaint are governed by the standard in Federal Rule of Civil Procedure 15(a)(2), which states that the Court "should freely give leave when justice so requires." But when, as here, a plaintiff moves to amend his complaint after the deadline, the Court applies the "heightened good-cause standard of Rule 16(b)(4) before considering whether the requirements of Rule 15(a)(2) were satisfied." *Adams v. City of Indianapolis*, 742 F.3d 720, 734 (7th Cir. 2014). The plaintiff has not attempted to establish good cause under Rule 16(b)(4), and thus the Court must deny his motion.

**IT IS SO ORDERED.**

Date: 11/1/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Electronic distribution to counsel of record via CM/ECF and by U.S. mail to:

ANGELITO C. MERCADO
Bartholomew County Jail
543 2nd Street
Columbus, IN 47201